Order entered August 1, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00593-CV

## IN RE C.D. HENDERSON CONSTRUCTION SERVICES, LTD., C.D. HENDERSON CONSTRUCTION COMPANY, INC., NORTHWEST CONSTRUCTION SERVICES, L.P., AND NORTHWEST CONSTRUCTION COMPANY, INC. , Relators

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 05-6533-D

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Ken Molberg, Judge of the 95th Judicial District Court, to **VACATE**, as to relators, his October 10, 2012 "Order Appointing Receiver for Additional Assets Owned or Controlled by Defendant C.D. Henderson, Inc." and his May 2, 2013 "Order Expanding Receiver's Powers."

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from real parties in interest.

.

/s/     JIM MOSELEY
            JUSTICE